# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:26MJ18 |
| Victor Rodriguez-Ramirez | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 21, 2026  in the county of  Douglas  in the  District of  Nebraska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Anthony P. Gayden, ICE Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 1/23/2026

*Judge's signature*

City and state:  Omaha, Nebraska    Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

STATE OF NEBRASKA )
) AFFIDAVIT OF Anthony P. Gayden
COUNTY OF DOUGLAS )

Anthony P Gayden, being first duly sworn, hereby states that:

1. Your affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based upon your affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. Victor RODRIGUEZ-Ramirez (hereafter referred to as defendant) came to the attention of the ICE ERO Omaha Fugitive Operations team on 01/21/2026. DO Anthony Gayden, DO Keshaun Britt, and DO Pat Burns arrested defendant as a targeted arrest via a vehicle stop after he departed his residence at 4905 Copper Hill Dr, Omaha, NE.

   At approximately 10:45 am, officers observed defendant enter the passenger side of a white GMC truck registered to defendant's wife that was parked in the driveway of the residence. defendant's wife entered the driver's side of the vehicle, and they departed the residence. ICE officers followed a short distance and performed a vehicle stop.

   During the vehicle stop, all officers identified themselves and a field interview was conducted with defendant, who indicated that he is a citizen and native of Mexico present in the US without admission, inspection, or parole. Officers placed defendant under arrest and transported him to the Omaha ICE ERO office for processing. At the office, biometric checks of his fingerprints confirmed his identity.

5. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions maintained in the data base relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed defendant had been arrested by DHS previously.

6. As a result of the positive match of fingerprints, your affiant was able to locate a unique alien registration file (A 213 551 146) relating to this defendant.

7. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico who was removed from the United States to Mexico, on 03/06/2025, pursuant to a expedited removal order on 10/20/2020 in Falfurrias, TX.

8. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States.

9. Affiant believes there is probable cause that defendant is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P Gayden, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me by reliable electronic means:

Date: 01/23/2026

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge