IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VICTOR RODRIGUEZ-RAMIREZ,

Defendant.

8:26MJ18

ORDER

**THIS MATTER** is before the court on the motion of Cheryl M. Kessell to withdraw as counsel for the defendant, Victor Rodriguez-Ramirez (Filing No. 16).  Cameron H. Call has filed an entry of appearance as retained counsel for Victor Rodriguez-Ramirez.  Therefore, Cheryl M. Kessell's motion to withdraw (Filing No. 16) will be granted.

Cheryl M. Kessell shall forthwith provide Cameron H. Call any discovery materials provided to the defendant by the government and any such other materials obtained by Cheryl M. Kessell which are material to Victor Rodriguez-Ramirez's defense.

The clerk shall provide a copy of this order to Cameron H. Call.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge